PRISON NO. 96910

UNIT II
CALIFORNIA CORRECTIONAL INSTITUTION
P.O. BOX 608  STATE PRISON
TEHACHAPI, CA. 93581

IN PRO SE

FILING FEE PAID: Yes ___ No ✓
IFP MOTION FILED: Yes ___ No ✓
COPIES SENT TO: Court ✓  ProSe ___

FILED
JUL - 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IN AND FOR THE COUNTY OF LOS ANGELES

PLAINTIFF, APPELLE.

v.

DEFENDANT(S)

CASE NO. '08 CV 1232 J WMc

MOTION FOR APPOINTMENT OF COUNSEL ON CIVIL SUIT.

U.S.C. 1983

Comes now the Plaintiff, Appelle, __Mario Sudnil__ in pro se, and pursuant to such laws made and provided, files this, his motion for Appointment of Counsel on Appeal, and states: In support of this motion the Plaintiff, Appelle, does declare that he is indigent and has no visable means of retaining counsel on appeal. Points and authorities: <u>Douglas vs. California</u> (1963) 171 U.S. 353, 9 L. ED. 2d 811; 83 S. CT. 814.

Wherefore: Based on the foregoing facts and circumstances, the Plaintiff, Appelle, seeks of this Court the granting of his Motion for Appointment of Counsel on Appeal.

I declare under penalty of perjury that the following is true and correct.

Date this 3 day of July 2008.

Mario Sudnil
Plaintiff, Appelle.

(1)